IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN PATRICK DUDLEY,         )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:15cv287-MHT
                             )            (WO)
                             )
CORIZON MEDICAL SERVICES,    )
et al.,                      )
                             )
    Defendants.              )
```

## JUDGMENT

This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to amend his complaint be construed as a motion to dismiss his claims regarding inadequate medical care against defendants Nurse Long and Corizon Medical Services, and that the motion be granted. No objections have been filed. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 9) is adopted.

(2) The court construes plaintiff's motion for leave to file an amended complaint (doc. no. 7) as a

motion to dismiss his claims regarding inadequate medical care against defendants Corizon Medical Services and Long.

(3) Said motion to dismiss (doc. no. 7) is granted.

(4) Plaintiff's claims against defendants Corizon Medical Services and Long are dismissed without prejudice.

(5) Defendants Corizon Medical Services and Nurse Long are dismissed without prejudice and terminated as parties, with no costs taxed.

(6) All of plaintiff's other claims remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This is case is referred back to the United States Magistrate Judge for further proceedings.  It is not closed.

DONE, this the 22nd day of July, 2015.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**