IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN PATRICK DUDLEY,        )
                            )
    Plaintiff,               )
                            )       CIVIL ACTION NO.
    v.                      )         2:15cv287-MHT
                            )             (WO)
SGT. CALVIN, et al.,        )
                            )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that defendants failed to protect him from assault and serious injury. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendants Alabama Department of Corrections and Staton Correctional Facility be dismissed with prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be

adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of August, 2015.

                                             /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**