IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN PATRICK DUDLEY,        )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:15cv287-MHT
                            )           (WO)
SGT. CALVIN, et al.,        )
                            )
    Defendants.             )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(2) Plaintiff's claims against defendants Alabama Department of Corrections and Staton Correctional Facility are dismissed with prejudice, and defendants Alabama Department of Corrections and Staton Correctional Facility are terminated as parties to this action.

    (3) This case is referred back to the United States Magistrate Judge for further proceedings.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is not closed.

    DONE, this the 26th day of August, 2015.

                                           /s/ Myron H. Thompson\
                                      UNITED STATES DISTRICT JUDGE