IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN PATRICK DUDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv287-MHT |
| | ) | (WO) |
| SGT. CALVIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

As plaintiff has been transferred to a prison where defendant Calvin is not employed, it is ORDERED that the motion for a temporary restraining order (doc. no. 26) is denied as moot.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 13th day of July, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE