IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN PATRICK DUDLEY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SGT. CALVIN and LT. TATE, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:15cv287-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit contending that the defendant correctional officers failed to protect him from an assault by another prisoner. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted, although not necessarily for the same reasons.

An appropriate judgment will be entered.

DONE, this the 30th day of August, 2018.

                                              <u>  /s/ Myron H. Thompson  </u>
                                              **UNITED STATES DISTRICT JUDGE**